

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2015

No. 04-15-00152-CV

**MARY BARRERA,**
Appellant

v.

**HEB GROCERY COMPANY, LP,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14809
Honorable Michael E. Mery, Judge Presiding

# O R D E R

In response to our show cause order issued May 4, 2015, appellant filed a response indicating that she has paid the fee for preparing the clerk's record. Accordingly, the trial court clerk is ORDERED to file the clerk's record **no later than 10 days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court